IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARNOLD LEVI,

    Plaintiff,                      No. CIV S-02-910 LKK KJM P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.                 ORDER

                                      /

        Plaintiff is a prisoner proceeding pro se with a civil rights action. Defendants Perria, Gold, Featherly, Branich, Hooper, Connedy, and Peterson have filed a motion seeking an extension of time in which to file motions for summary judgment. Defendant Vong has joined the motion.

        In addition, on March 28, 2005, plaintiff filed a motion for an extension of time to file pretrial motions, such as "request for expert witness, request for witness appearance" and other pretrial motions.

        Moreover, previously, on February 28, 2005, plaintiff filed a motion to extend the discovery cut-off and to compel certain defendants to respond to various requests for discovery.

        IT IS HEREBY ORDERED:

        1. The March 28, 2005 and May 9, 2005 motions for an extension of time in

1

1  which to file pretrial motions are granted; all parties have until July 21, 2005 in which to file
2  their pretrial motions.
3      2. Plaintiff's February 28, 2005 motion to extend the discovery cut-off date is
4  denied; the motion to compel will be addressed in a separate order.
5      3. The dates for filing pretrial motions, for the pretrial conference and trial are
6  hereby vacated, to be reset if necessary after resolution of any pretrial dispositive motions.
7      4. Within twenty days of the date of this order, defendant Vong is directed to file
8  a supplemental response to plaintiff's April 25, 2005 motion to compel discovery, addressing any
9  continuing duty to supplement responses to earlier answers.  Fed. R. Civ. P. 26 (e).
10 DATED:  May 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

[20] 2
levi0910.eot