IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARNOLD W. LEVI,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**DIRECTOR OF CORRECTIONS, et al.,**<br><br>　　　　　　　　　　　　Defendants. | NO. CIV S-02-0910 LKK KJM P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE DECLARATION OF SIMON JAMESON, M.D., AND ATTACHED MEDICAL RECORDS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN PAPER FORMAT** |

　　　　Defendants' motion to file the Declaration of Simon Jameson, M.D. and attached medical records in support of Defendants' Motion for Summary Judgment in paper format was considered by the Court, and good cause appearing, Defendants' request is granted as to the Jameson declaration and attachments only.

　　　　IT IS HEREBY ORDERED that Defendants shall manually lodge Simon Jameson's declaration and attached medical records with the clerk of the court in paper format and shall not be required to e-file them.  Defendants also shall file a courtesy paper copy of the declaration and attachments with chambers.

DATED: July 13, 2005.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE