IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARNOLD W. LEVI,**<br><br>Plaintiff,<br><br>v.<br><br>**DIRECTOR OF CORRECTIONS, et al.,**<br><br>Defendants. | NO. CIV S-02-0910 LKK KJM P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGEMENT** |

Defendants' second request for an extension of time to file a motion for summary judgment was considered by the Court, and good cause appearing, Defendants' request is granted.

**IT IS HEREBY ORDERED** that the parties shall have until August 20, 2005, to file a motion for summary judgment.

DATED: July 18, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1

*Order Granting Defendants' Second Request for EOT to file MSJ*