1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARNOLD W. LEVI,

11            Plaintiff,                No. CIV S-02-0910 LKK KJM P

12       vs.

13   DIRECTOR OF CORRECTIONS, et al.,

14            Defendants.              ORDER

15   _____/

16        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under

17   42 U.S.C. § 1983.  On April 3, 2006, defendant Vong filed a renewed motion for summary

18   judgment and on April 28, 2006, defendants Perria, Gold, Sgt Featherly, Davis, Branich, Hooper,

19   Connedy, Duwan and Peterson filed a renewed motion for summary judgment.

20        On May 2, 2006, this court denied plaintiff's motion to strike defendant Vong's

21   motion for summary judgment and his request for a stay of the proceedings.  The court directed

22   plaintiff to file his opposition to the motions for summary judgment within forty-five days.

23   Plaintiff has not done so.

24        Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

25   written opposition or to file a statement of no opposition may be deemed a waiver of any

26   opposition to the granting of the motion . . . ."  On March 18, 2004, plaintiff was advised of the

1

requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed March 18, 2004, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within fifteen days of the date of this order, plaintiff shall file an opposition, if any he has, to the motions for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 8, 2007.

_____
U.S. MAGISTRATE JUDGE

2
levi0910.46osc